Brent O. Hatch (5715)
bhatch@hjdlaw.com
Mark F. James (5295)
mjames@hjdlaw.com
HATCH, JAMES, & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Frederick A. Lorig (Pro Hac Vice)
James R. Asperger (Pro Hac Vice)
Joseph M. Paunovich (Pro Hac Vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant Weilin Xie

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BEUS GILBERT PLLC,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY, WEILIN XIE AND DANIEL SIMMONS,<br><br>Defendant. | **ORDER GRANTING DEFENDANT WEILIN XIE'S UNOPPOSED MOTION TO RE-IMPOSE STAY AND TO EXTEND TIME FOR AN ADDITIONAL THIRTY DAYS TO FILE HIS: (1) REPLY IN SUPPORT OF MOTION TO STRIKE ANSWER TO COMPLAINT AND CROSS CLAIM OF DEFENDANT DANIEL SIMMONS AS UNTIMELY; (2) RESPONSE TO DEFENDANT BYU'S ANSWER TO COMPLAINT IN INTERPLEADER AND CROSS CLAIM; (3) REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; AND (4) REPLY IN SUPPORT OF MOTION TO DISMISS** |

SIMMONS' CROSS CLAIM FOR DECLARATORY RELIEF

Case No. 2:12cv00970-RJS

Honorable Judge Robert J. Shelby

Before the court is Defendant Weilin Xie's Motion to Extend Time For An Additional Thirty Days to File His: (1) Reply in Support of Motion to Strike Answer to Complaint and Cross Claim of Defendant Daniel Simmons as Untimely; (2) Response to Defendant BYU's Answer to Complaint in Interpleader and Cross Claim; (3) Reply in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction; and (4) Reply in Support of Motion to Dismiss Simmons' Cross Claim for Declaratory Relief. The current deadline for Mr. Xie is April 18, 2014. Thus, time has not expired. Pursuant to DUCivR77-2, and for good cause appearing thereby:

IT IS HEREBY ORDERED the time for Mr. Xie to file the abovementioned documents is extended for an additional thirty days to May 19, 2014.

Dated this 11th day of April, 2014

BY THE COURT:

_____
The Honorable Robert J. Shelby
United States District Court Judge

2