Robert S. Clark (4015) (rclark@parrbrown.com)
Chad S. Pehrson (12622) (cpehrson@parrbrown.com)
PARR BROWN GEE & LOVELESS
185 South State St., Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7550

*Attorneys for Defendant Brigham Young University*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BEUS GILBERT PLLC,<br><br>　　　　Plaintiff,<br>vs.<br><br>BRIGHAM YOUNG UNIVERSITY,<br>WEILIN XIE, DANIEL L. SIMMONS<br>AND DONALD ROBERTSON,<br><br>　　　Defendants/Claimants. | **ANSWER OF BRIGHAM YOUNG<br>UNIVERSITY TO CROSS-CLAIM OF<br>DONALD ROBERTSON**<br><br>Case No. 2:12-cv-00970-TS (Lead Case)<br><br>Case Number: 2:14-cv-00206-BCW<br><br>Judge: Honorable Robert J. Shelby |

Defendant Brigham Young University ("BYU") through its undersigned counsel, hereby answers the cross-claim of co-Claimant Donald Robertson, filed on July 2, 2014.   BYU answers as follows:

17.　　　Admit

18.　　　On information and belief, admit.

19.　　　On information and belief, admit.

20.　　　On information and belief, admit.

21.　　　Admit.

22.　　　Admit.

23.     Admit.

24.     Admit.

25.     Admit that Simmons brought with him to BYU certain cell clones; otherwise lack information sufficient to form a belief, and therefore deny.

26.     Lack information sufficient to form a belief, and therefore deny.

27.     Lack information sufficient to form a belief, and therefore deny.

28.     Admit that Simmons and Xie conducted experiments together.  As to remainder, lack information sufficient to form a belief, and therefore deny.

29.     Lack information sufficient to form a belief, and therefore deny.

30.     Lack information sufficient to form a belief, and therefore deny.

31.     Lack information sufficient to form a belief, and therefore deny.

32.     Lack information sufficient to form a belief, and therefore deny.

33.     Lack information sufficient to form a belief, and therefore deny.

34.     Lack information sufficient to form a belief, and therefore deny.

35.     Admit only that Robertson claims to be developer under BYU's IP Policy and claims to be entitled to a portion of the BYU settlement funds; deny the remainder.  Affirmatively allege that Robertson's claim to developer status and a portion of settlement funds will be determined through internal BYU academic proceedings, which proceedings have not yet concluded.  Robertson recently claimed that he merited developer status and is currently interacting with Xie and Simmons in a process contemplated by the BYU IP Policy.  In the event Robertson is unable to reach agreement with Xie and Simmons, BYU will declare that an impasse exists and

proceed pursuant to the dispute resolution provisions of the IP Policy.

36.     Admit.

To the extent that a response is appropriate to Robertson's prayer for relief, BYU states as follows: A) agrees that in the event that Robertson does not resolve his dispute with Simmons and Xie, the Court should acknowledge that a dispute exists and that such disputes are to be resolved through internal University procedures pursuant to the Policy; B) agrees that the Court should ultimately enter an order confirming the results of BYU's internal proceedings as to the Claimants' respective rights to the interpleaded funds; C) affirmatively alleges that Robertson's possible future entitlement to settlement funds depends upon the outcome of internal University procedures that have not yet been completed.

DATED this 28th day of July 2014.

PARR BROWN GEE & LOVELESS, P.C.

/s Chad S. Pehrson
Robert S. Clark
Chad S. Pehrson

Attorneys for Defendant Brigham Young
    University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2014, I filed the foregoing **ANSWER OF BRIGHAM YOUNG UNIVERSITY TO CROSS-CLAIM OF DONALD ROBERTSON** via the CM/ECF system, which electronically served the following:

**Lee M. Andelin**
Beus Gilbert PLLC
701 N. 44th State
Phoenix, AZ 85008

**James Jardine and Sam Straight**
Ray Quinney & Nebeker
36 S. State Street
Salt Lake City, UT 84111

**Brent Hatch and Mark James**
Hatch, James & Dodge, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT  84101

**Frederick A. Lorig**
**James R. Asperger**
**Joseph M. Paunovich**
Quinn Emanuel Urquhart &
Sullivan, LLP 86 S. Figueroa
Street, 10th Floor
Los Angeles, CA 90017

**Francis M. Wikstrom and Kristine E. Johnson**
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT  84111

**J. Michael Hennigan, Roderick Dorman, John F. Garvish II**
McKool Smith, P.C.
865 S. Figueoria Street, Suite 2900
Los Angeles, California 90017

**Jerry Salcido**
jerry@salcidolaw.com
Salcido Law Firm PLLC
43 W 9000 S Ste B
Sandy UT 84070

**Seyamack Kouretchian**
seyamack@coastlawgroup.com
Coast Law Group, LLP
1140 South Coast Highway 101
Encinitas, CA 92024

<u>**/s Chad S. Pehrson**</u>