Francis M. Wikstrom (3462)
FWikstrom@parsonsbehle.com
Kristine E. Johnson (7190)
KJohnson@parsonsbehle.com
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  (801) 532-1241

J. Michael Hennigan (Pro Hac Vice)
Hennigan@mckoolsmith.com
Roderick G. Dorman (Pro Hac Vice)
RDorman@mckoolsmith.com
MCKOOL SMITH HENNIGAN PC
865 South Figueroa St. Suite 2900
Los Angeles, CA 90017
Telephone:  (213) 694-1200
*Attorneys for Defendant Daniel Simmons*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BEUS GILBERT PLLC,<br><br>           Plaintiff,<br><br>     v.<br><br>BRIGHAM YOUNG UNIVERSITY, WEILIN XIE AND DANIEL SIMMONS,<br><br>           Defendants. | **NOTICE OF CONVENTIONAL FILING OF DEFENDANT DANIEL L. SIMMONS'S OBJECTIONS TO THE NEW EVIDENCE RELIED ON IN THE REPLY ON THE MOTION FOR SUBSTITUTION OF PARTY BY SARAH B. DAY AS TRUSTEE OF THE DONALD L. ROBERTSON TRUST** |
| BEUS GILBERT PLLC,<br><br>           Plaintiff,<br><br>     v.<br><br>DONALD ROBERTSON, BRIGHAM YOUNG UNIVERSITY, WEILIN XIE AND | **Case No. 2:12cv00970-RJS (Lead Case)**<br>**Case No. 2:14cv00206-RJS**<br><br>Honorable Judge Robert J. Shelby |

1

DANIEL L. SIMMONS,

       Defendants.

      Pursuant to DUCivR 5-2, Daniel L. Simmons hereby gives notice of his conventional filing of his Objections to the New Evidence Relied on in the Donald L. Robertson Trust's Reply on the Motion for Substitution of Party by Sarah B. Day as Trustee of the Donald L. Robertson Trust. The conventional filing is due to the material in the reply on the motion for substitution ordered sealed by the Court by Order of March 26, 2015 (ECF No. 167).

      DATED this 30th day of March, 2015.

      */s/ Kristine E. Johnson*
FRANCIS M. WIKSTROM
KRISTINE E. JOHNSON
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

J. MICHAEL HENNIGAN
RODERICK DORMAN
MCKOOL SMITH, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017

*Attorneys for Daniel L. Simmons*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th of March, 2015, I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which provided notice to all counsel of record.

*/s/ Kristine E. Johnson*