IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BEUS GILBERT PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHAM YOUNG UNIVERSITY,<br>WEILIN XIE, AND DANIEL SIMMONS<br><br>Defendants. | **ORDER**<br><br>Case No. 2:12-cv-00970<br><br>Judge Robert J. Shelby |
| BEUS GILBERT PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD ROBERTSON, BRIGHAM YOUNG UNIVERSITY,<br>WEILIN XIE, AND DANIEL SIMMONS<br><br>Defendants. | |

"[F]ederal courts have an independent obligation to ensure that they do not exceed the scope of their jurisdiction, and therefore they must raise and decide jurisdictional questions that the parties either overlook or elect not to press." *Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011) (citations omitted). In view of recent developments in this case, and the parties' submissions, the court is evaluating its exercise of subject matter jurisdiction.

It hereby ORDERS the Donald L. Robertson Trust and Brigham Young University each to submit a brief no longer than ten (10) pages setting forth any position on whether the court

1

may properly exercise subject matter jurisdiction in this case—whether based on an interpleader, diversity, or supplemental grounds. Any brief shall be submitted no later than 5:00 p.m. on Wednesday, February 17, 2016.

Any other party to this case is also invited, but not ordered, to submit a brief on the issue of subject matter jurisdiction by no later than 5:00 p.m. on Wednesday, February 17, 2016.

SO ORDERED this 12th day of February, 2016.

BY THE COURT:

_____
Judge Robert J. Shelby