*Proposed Order Submitted by:*
Robert S. Clark (4015) (rclark@parrbrown.com)
Chad S. Pehrson (12622) (cpehrson@parrbrown.com)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7550

*Attorneys for Defendant/Claimant Brigham Young University*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BEUS GILBERT PLLC,<br><br>Plaintiff/Stakeholder,<br><br>vs.<br><br>BRIGHAM YOUNG UNIVERSITY, WEILIN XIE, DANIEL L. SIMMONS,<br><br>Defendants/Claimants. | **[proposed] ORDER GRANTING BRIGHAM YOUNG UNIVERSITY'S MOTION TO STRIKE ROBERTSON TRUST'S NOTICE OF SUPPLEMENTAL AUTHORITIES**<br><br><br>Case No. 2:12-cv-00970-RJS<br><br><br>Honorable Robert J. Shelby |
| BEUS GILBERT PLLC,<br><br>Plaintiff/Stakeholder,<br><br>vs.<br><br>DONALD ROBERTSON, BRIGHAM YOUNG UNIVERSITY, WEILIN XIE, DANIEL L. SIMMONS,<br><br>Defendants/Claimants. | |

Before the Court is Brigham Young University's Motion to Strike the Robertson Trust's Notice of Supplemental Authorities.

For the reasons stated in Brigham Young University's Motion, principally the Robertson Trust's failure to comply with this Court's Local Rules, the Court HEREBY ORDERS that the Robertson Trust's Notice of Supplemental Authorities (Dkt. No. 230) is hereby stricken.

Dated this \_\_\_\_ day of _____, 2016.

BY THE COURT:

_____
Judge Robert J. Shelby