# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BRIGHAM YOUNG UNIVERSITY,** <br><br> Movant, <br><br> v. <br><br> **THE DONALD L. ROBERTSON TRUST,** <br><br> Respondent. | **[PROPOSED] ORDER CONFIRMING ARBITRATION DECISION AND DIRECTING ENTRY OF FINAL JUDGMENT** <br><br> Case No. 2:12-CV-970-TS-CMR <br><br> District Judge Ted Stewart |

Upon BYU's Motion to Confirm Arbitration Decision and for Entry of Final Judgment, and the Court having considered the motion and the record, it is ORDERED:

1. The December 12, 2025, Arbitration *Decision in the Matter of Donald L. Robertson Trust v. Brigham Young University* is confirmed.

2. Final judgment is entered in favor of Brigham Young University and against the Donald L. Robertson Trust on all claims.

3. BYU is authorized to disburse funds in its possession (previously interpleaded funds) consistent with the decision and applicable agreements to which BYU is a party.

4. The Clerk shall enter final judgment and close the case.

SO ORDERED this ____ day of _____, _____.

**BY THE COURT:**

_____
Honorable Ted Stewart
U.S. DISTRICT COURT JUDGE