**Subject:** RE: Robertson Trust v. BYU / Disclosure List
**Date:** Wednesday, February 14, 2024 at 12:27:37 PM Central Standard Time
**From:** William Beard
**To:** Thomas Lee, Clark, Robert S.
**CC:** Stephen Craig, David Andersen, Chad Pehrson (cpehrson@kba.law)

Justice Lee:

Paul Savage is a member of the faculty of the Simmons Center for Cancer Research, which may be a circumstance likely to give rise to justifiable doubt as to the arbitrator's impartiality. We request Dr. Savage further disclose the details of his affiliation with the Simmons Center for Cancer Research, including information concerning financial support he, his laboratory, or students in his laboratory have received by way of fellowships or other means.

We further request BYU disclose the sources of funding for the Simmons Center for Cancer Research.

R. William Beard, Jr.

**sgb | SLAYDEN GRUBERT BEARD PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
[O] 512.402.3556
[M] 512.659.8718
www.sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

**From:** Thomas Lee <thomasrexlee@gmail.com>
**Sent:** Tuesday, February 13, 2024 2:09 PM
**To:** Clark, Robert S. <rclark@partbrown.com>; William Beard <wbeard@sgbfirm.com>
**Cc:** Stephen Craig <stephen_craig@byu.edu>; David Andersen <david_andersen@byu.edu>; Chad Pehrson (cpehrson@kba.law) <cpehrson@kba.law>
**Subject:** Re: Robertson Trust v. BYU / Disclosure List

Attached is the disclosure from Dr. Savage.

On Tue, Feb 13, 2024 at 11:43 AM Thomas Lee <thomasrexlee@gmail.com> wrote:

Please find Prof. Plamondon's disclosure below. Thanks,

TRL

---------- Forwarded message ---------
From: **Stephanie Plamondon** <plamondons@law.byu.edu>

Date: Tue, Feb 6, 2024 at 2:29 PM
Subject: Re: Robertson Trust v. BYU / Disclosure List
To: Thomas Lee <thomasrexlee@gmail.com>

Hi Tom,

I've looked over the list of potential conflicts. I don't have any relationships with any of the entities mentioned, aside from my employment with BYU. I also don't recognize any of the individuals on the list apart from you.

As you know, our relationship consists of our working together as faculty at BYU Law School--last year with you as a visiting professor and this year with you as a full-time member of the faculty. But we had never previously discussed the Roberston case and in fact I had no knowledge of the case until you approached me with the information that the Robertson Trust was considering designating me as an arbitrator.

I've attached the signed confidentiality agreement. Let me know if you need anything else from me!

Stephanie

On Mon, Feb 5, 2024 at 3:36 PM Thomas Lee <thomasrexlee@gmail.com> wrote:

Stephanie:

Please review the below email and attached document and let me know when you have a minute to discuss.

Thanks,

Tom

---------- Forwarded message ---------
From: **Robert S. Clark** <rclark@parrbrown.com>
Date: Mon, Feb 5, 2024 at 1:50 PM
Subject: Robertson Trust v. BYU / Disclosure List
To: Thomas Lee <thomasrexlee@gmail.com>
Cc: William Beard <wbeard@sgbfirm.com>, Stephen M. Craig (stephen_craig@byu.edu) <stephen_craig@byu.edu>, David Andersen <david_andersen@byu.edu>, Chad Pehrson (cpehrson@kba.law) <cpehrson@kba.law>

Dear Justice Lee:

Attached is a list of individuals and entities that the parties agree should be used for purposes of disclosure from the individual members of the arbitration panel. We also expect to provide very soon a draft agreement addressing confidentiality and compensation issues. Thank you for your assistance.

**Robert S. Clark** | Attorney | **Parr Brown Gee & Loveless** | A Professional Corporation
101 South 200 East, Suite 700 | Salt Lake City, Utah 84111
D: 801.257.7910 | T: 801.532.7840 | F: 801.532.7750 | rclark@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above. The sender did not intend to waive any privilege by sending this message. If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message. Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

--

Stephanie Plamondon
Professor
J. Reuben Clark Law School
Brigham Young University
518 JRCB
801-422-5955