## DECLARATION OF PAUL SAVAGE

I, Paul Savage, have personal knowledge of the following and declare:

1. I am the Reed M. Izatt Professor of Chemistry and Biochemistry in the Department of Chemistry and Biochemistry at Brigham Young University.
2. Approximately ten years ago, perhaps more, I submitted an application to be listed as a faculty member affiliated with the Simmons Center for Cancer Research (the "Center"). I understood that I needed to make that application to permit my students to apply for funding from the Center to pursue research.
3. I have never sought or received any research funding, compensation, or other financial benefit or form of value, from the Center or from any source that, to my knowledge, originated with, or is associated with, Dan Simmons. To my knowledge, none of the compensation I receive from BYU comes from the Center or from Dan Simmons or any source related to Dan Simmons.
4. I was aware that one of my students applied for research funds after I submitted an application to the Center. I did not recall whether or not that student received any funds, but I have recently learned (or perhaps been reminded) that in 2014 one of my students received $6538.42 to conduct research in the spring and summer of that year.
5. To my knowledge and recollection, no other student associated with me has applied for or received funding from the Center, and to my knowledge none of them have current plans to submit a request for funding.
6. Except for submitting the application described above, and being aware that I am listed on the Center's website as a faculty member, I do not recall any other interactions with the Center or its administrators. I do not recall any communication with Dan Simmons related to the Center.
7. I do not have any knowledge or understanding of the Center's sources of funding. I have no knowledge or understanding as to whether donations from the Center or from Dan Simmons constitute any source of funding for Undergraduate Research Awards in my department or college.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2024.

Paul Savage