## Background

BS, Brigham Young University (1988)Ph.D., The University of Wisconsin (1993)Postdoctoral Research, Ohio State University (1993-1995)

## Cancer Research

Our research is primarily in two areas. We have developed small-molecule mimics of antimicrobial peptides, and we are working to understand better their mechanism of antibacterial activity, optimize medical device coatings containing these mimics to prevent bacterial colonization, and optimizing compound structures for varied applications. We also work with immunostimulatory glycolipids and oligosaccharide vaccines.

## Publications

Hashemi, M. M.; Rovig, J.; Bateman, J.; Holden, B. S.; Modzelewski, T.; Gueorguieva, I.; von Dyck, M.; Bracken, R.; Genberg, C.; Deng, S.; Savage, P. B. *J. Antimicrob. Chemother.* **2017**, in press. Preclinical testing of a broad-spectrum antimicrobial endotracheal tube coated with an innate immune synthetic mimic.

Hashemi, M. M.; Rovig, J.; Weber, S.; Hilton, B.; Forouzan, M. M.; Savage, P. B. *Antimicrob. Agents Chemother.* **2017**, *61*, e00292-17. Susceptibility of colistin-resistant, Gram-negative bacteria to antimicrobial peptides and ceragenins.

Polonskaya, Z.; Deng, S.; Sarka, A.; Kain, L.; Comellas-Aragones, M.; McKay, C.; Kaczanowska, K.; Holt, M.; McBride, R.; Palomo, V.; Self, K.; Taylor, S.; Irimia, A.; Mehta, S. R.; Dan, J. M.; Brigger, M.; Crotty, S.; Schoenberger, S. P.; Paulson, J. C.; Wilson, I. A.; Savage, P. B.; Finn, M. G.; Teyton, L. *J. Clin. Invest.* **2017**, *127*, 1491-1504. Nanomolar affinity anti-glycan antibody generation is controlled by T cells.

Deng, S.; Kain, L.; Pereira, C. S.; Mata, S.; Macedo, M. F.; Bendelac, A.; Teyton, L.; Savage, P. B. *Chem. Sci.* **2017**, *8*, 2204-2208. Psychosine variants as antigens for natural killer T cells.

Kain, L.; Webb, B.; Anderson, B. L.; Deng, S.; Holt, M.; Castanzo, A.; Zhao, M.; Self, K.; Teyton, A.; Everett, C.; Kronenberg, M.; Zajonc, D. M.; Bendelac, A.; Savage, P. B. Teyton, L. *Immunity* **2014**, *41*, 543-554. The identification of the endogenous ligands of natural killer T cells reveals the existence of mammalian alpha-linked glycosylceramides.

Nitcheu, J.; Crabé, S.; Orlandini, B.; Nell, H.; Grygar, C.; Bellier, F.; Racouet, F.; Bendelac, A.; Deng, S.; Savage, P. B.; Teyton, L.; Serra, V. *Vaccine* **2014**, *32*, 6138-6145. Efficacy of ABX196, a new NKT agonist, in prophylactic human vaccination.



**WE VALUE YOUR PRIVACY**

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

MANAGE CHOICES

AGREE & PROCEED