[Skip to main content](#)

[Human Resources](#)

Menu

Search

- [Job Seekers](#)
- [Student Employees](#)

  - [Schedule an I-9 Appointment](#)
  - [2026 Holiday/Break Schedule](#)
  - [Pay Period Schedule](#)
  - [Employment Verification](#)
  - [Learning & Talent](#)
  - Human Resources
    - [Employee Relations](#)
  - [Schedule an I-9 Appointment](#)
  - [2026 Holiday/Break Schedule](#)
  - [Pay Period Schedule](#)
  - [Employment Verification](#)
  - [Learning & Talent](#)
  - Human Resources
    - [Employee Relations](#)

- [Staff Employees](#)

  - [Onboarding](#)
  - [Schedule an I-9 Appointment](#)
  - [Employment Verification](#)
  - [Employee Assistance Program](#)
  - [Employee Benefits](#)
  - [Staff Paid Holidays](#)
  - [Pay Period Schedule](#)
  - [Employee Relations](#)
  - [Learning & Talent](#)
  - [Employee Wellness Program](#)
  - [Onboarding](#)
  - [Schedule an I-9 Appointment](#)
  - [Employment Verification](#)
  - [Employee Assistance Program](#)
  - [Employee Benefits](#)
  - [Staff Paid Holidays](#)
  - [Pay Period Schedule](#)
  - [Employee Relations](#)
  - [Learning & Talent](#)
  - [Employee Wellness Program](#)

- [Faculty Employees](#)

  - [Onboarding](#)

- Schedule an I-9 Appointment
  - Employment Verification
  - Employee Assistance Program
  - Employee Benefits
  - Learning & Talent
  - Employee Wellness Program
  - Onboarding
  - Schedule an I-9 Appointment
  - Employment Verification
  - Employee Assistance Program
  - Employee Benefits
  - Learning & Talent
  - Employee Wellness Program
- Managers

# Employee Benefits

Brigham Young University provides a number of benefit programs for eligible faculty and staff. Please select what type of employee you are for a brief overview:

- Toggle Item
  Full-time Faculty and Staff

### Core Insurance Package

- Medical
- Dental
- Life (BGTL)
- Long-term Disability
- OAD&D
- Flexible Spending Account
- Health Savings Account

*Changes can be made every year during **Open Enrollment**, which is from October 1st to October 31st.

### Supplemental Benefits

- Supplemental Life Insurance (SGTL)
- 24-Hour Accidental Death and Dismemberment Insurance (24-HR AD&D)
- Vision Service Plan (VSP)

### Retirement Benefits

- Deseret 401(k) Plan
- Retirement Benefits for Those Hired After January 1, 2021
- Retirement Benefits For Those Hired Between April 1, 2010 and December 31, 2020
- Retirement Benefits For Those Hired Before April 1, 2010

- TIAA Tax-Deferred Annuity Plan
- Retirement and Medicare Timing
- Retirement Benefit Changes April 1, 2010 through January 1, 2021
- Target Date Funds
- TIAA Annual Availability Notice

**\*Visiting Faculty, Post Docs, and Research Associates are only eligible to participate in the TIAA retirement plan.**

## Other Benefits

- Employee Assistance Program
- BYU Campus Benefits
- Tuition Benefit
- Short-term Disability
- Family Medical Leave (FMLA)
- Staff Sick and Annual Leave
- Staff Medical Maternity and Parental Leave
- Holiday Schedule
- President's Remembrance
- Living Healthy Challenges

## Additional Resources

- Deseret First Credit Union
- Financial Planners
- Public Service Loan Forgiveness Program
- My 529 Plan

- Toggle Item
Benefitted Part-time Staff

## Retirement Benefits

- Deseret 401(k) Savings Plan
- Retirement Benefits for Those Hired After January 1, 2021
- Retirement Benefits For Those Hired Between April 1, 2010 and December 31, 2020
- Retirement Benefits For Those Hired Before April 1, 2010
- TIAA Tax-Deferred Annuity Plan
- Retirement and Medicare Timing
- Retirement Benefit Changes April 1, 2010 through January 1, 2021
- Target Date Funds
- TIAA Annual Availability Notice

## Other Benefits

- Employee Assistance Program

- BYU Campus Benefits
- Tuition Benefit
- Family Medical Leave (FMLA)

### Additional Resources

- Deseret First Credit Union
- Financial Planners
- My 529 Plan

- Toggle Item
  Adjunct Faculty

### Retirement Benefits

- TIAA Tax-Deferred Annuity Plan
- TIAA Annual Availability Notice

### Other Benefits

- Employee Assistance Program
- BYU Campus Benefits
- Tuition Benefit
- Family Medical Leave (FMLA)

### Additional Resources

- Deseret First Credit Union
- Financial Planners
- My 529 Plan

- Toggle Item
  Non-Benefitted Part-time Staff

### Retirement Benefits

- TIAA Retirement plans, Financial Counseling, and Live Financial Webinars
- TIAA Annual Availability Notice

### Other Benefits

- Employee Assistance Program
- BYU Campus Benefits

## Additional Resources

- [Deseret First Credit Union](#)
- [Financial Planners](#)
- [My 529 Plan](#)

Contact

[HR Operations](#)
[HR Business Partners](#)
[Employee Relations](#)
[Benefits Services](#)
[Office of the Assistant Administration Vice President](#)
[Staff & Student Recruiting](#)

Resources

[Human Resource Development](#)
[Awards and Recognition](#)
[Compensation](#)
[Workday - Home](#)
[Workday Resources](#)
[Learning & Talent](#)
[Pay Period Schedule](#)
[Staff Paid Holidays](#)

Social

[Link to instagram](#)
[Link to facebook](#)

Provo, UT 84602, USA | 801-422-4636 | © 2026 All Rights Reserved
Provo, UT 84602, USA | 801-422-4636 | © 2026 All Rights Reserved

[Privacy Notice](#) | [Cookie Preferences](#)