J. RYAN MITCHELL [9362]
RMITCHELL@MBMLAWYERS.COM
**MITCHELL BARLOW & MANSFIELD P.C.**
BOSTON BUILDING
9 EXCHANGE PLACE, SUITE 600
SALT LAKE CITY, UTAH 84111
Telephone: 801.998.8888

ATTORNEYS FOR DONALD L. ROBERTSON TRUST

R. WILLIAM BEARD, JR.
PRO HAC VICE
WBEARD@SGBFIRM.COM
JOSEPH GRAY
PRO HAC VICE
JGRAY@SGBFIRM.COM
TECUAN FLORES
PRO HAC VICE
TFLORES@SGBFIRM.COM
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: 512.402.3556

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BEUS GILBERT PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHAM YOUNG UNIVERSITY, WEILIN XIE, AND DANIEL SIMMONS<br><br>Defendants. | Case No. 2:12-cv-970-TS-CMR<br><br>**[PROPOSED] ORDER GRANTING ROBERTSON TRUST'S MOTION TO VACATE ARBITRATION AWARD**<br><br><br>TED STEWART<br>United States District Judge<br><br>CECILIA M. ROMERO<br>United States Magistrate Judge |
| BEUS GILBERT PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD ROBERTSON, BRIGHAM YOUNG UNIVERSITY, WEILIN XIE, AND DANIEL SIMMONS<br><br>Defendants. | |

Before the court is Defendant/Interpleader Claimant The Donald L. Robertson Trust's (the Trust) Motion to Vacate Arbitration Award.

The court GRANTS the Trust's Motion to Vacate Arbitration Award, Dkt. ___.

DATED this ___ day of _____, 2026.

BY THE COURT:

_____
Ted Stewart
United States District Judge