**EXHIBIT C
to
REPLY IN SUPPORT OF MOTION TO CONFIRM
ARBITRATION DECISION AND FOR
ENTRY OF FINAL JUDGMENT**

_____

**Further Emails**

Outlook

**RE: Robertson Trust v. BYU; follow-up re Dr. Savage**

| | |
|---|---|
| From | William Beard <wbeard@sgbfirm.com> |
| Date | Mon 3/18/2024 2:43 PM |
| To | Thomas Lee <thomasrexlee@gmail.com> |
| Cc | Robert S. Clark <rclark@parrbrown.com>; Stephen M. Craig (stephen_craig@byu.edu) <stephen_craig@byu.edu>; David Andersen <david_andersen@byu.edu>; Chad Pehrson <cpehrson@kba.law> |

- EXTERNAL EMAIL -
Justice Lee:

The Robertson Trust stands on its objection to Dr Savage and its requests for BYU to provide additional information as noted in this email string. BYU has confirmed its appointment of Dr. Savage and indicated it will provide no further information. It now appears we must go forward notwithstanding the Trust's objection to Dr. Savage and the unanswered requests for information.

It appears the Trust has no recourse but to move forward with selection of a third arbitrator.

R. William Beard, Jr.

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Avenue, Suite 1650
Austin, Texas 78701
[O] 512.402.3556
[M] 512.659.8718
www.sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

**From:** Thomas Lee <thomasrexlee@gmail.com>
**Sent:** Monday, March 18, 2024 3:22 PM
**To:** William Beard <wbeard@sgbfirm.com>
**Cc:** Robert S. Clark <rclark@parrbrown.com>; Stephen M. Craig (stephen_craig@byu.edu) <stephen_craig@byu.edu>; David Andersen <david_andersen@byu.edu>; Chad Pehrson (cpehrson@kba.law) <cpehrson@kba.law>
**Subject:** Re: Robertson Trust v. BYU; follow-up re Dr. Savage

Mr. Beard:

Are you content to move forward with the selection of the third arbitration panelist based on the Savage declaration and in light of BYU's objections?

I would like to get the panel assembled as soon as we are able.

Thanks,

Thomas R. Lee
Schaerr Jaffe LLP
801-592-3231

On Fri, Mar 8, 2024 at 2:45 PM Robert S. Clark <rclark@parrbrown.com> wrote:

> Dear Justice Lee and Mr. Beard:
> Attached is a declaration from Paul Savage responding to the full extent of his knowledge about the questions posed below by Mr. Beard.  The specific questions that are not within the knowledge of Dr. Savage (a) have nothing to do with potential partiality; and (b) if further inquiry is made would involve significant unnecessary time and effort for BYU's accounting and administrative staff.  BYU objects to any further inquiry as irrelevant and having nothing to do with whether the panel is qualified to serve.  We believe the first two panel members should now proceed to designate a third panel member.
>
> **Robert S. Clark** | Attorney | **Parr Brown Gee & Loveless** | A Professional Corporation
> 101 South 200 East, Suite 700 | Salt Lake City, Utah  84111
> D: 801.257.7910 | T: 801.532.7840 | F: 801.532.7750 | rclark@parrbrown.com | www.parrbrown.com
>
> Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.
>
> **From:** William Beard <wbeard@sgbfirm.com>
> **Sent:** Tuesday, February 27, 2024 3:46 PM
> **To:** Thomas Lee <thomasrexlee@gmail.com>
> **Cc:** Stephen M. Craig (stephen_craig@byu.edu) <stephen_craig@byu.edu>; David Andersen <david_andersen@byu.edu>; Robert S. Clark <rclark@parrbrown.com>; Chad Pehrson (cpehrson@kba.law) <cpehrson@kba.law>
> **Subject:** RE: Robertson Trust v. BYU; follow-up re Dr. Savage
>
> Justice Lee:
>
> Remaining relevant questions for Dr. Savage and BYU include:
>
> 1. What was the nature and scope of Dr. Savage's relationship with the Simmons Center before "for many years he has had little to no interactions with the center?"
> 2. Is Dr. Simmons a source of funding for the Simmons Center, and if yes, what percent of its funding?
> 3. Are the Pfizer Settlement Funds a source of funding for the Simmons Center, and if yes, what percent of its funding?
> 4. Is Dr. Simmons a source of funding for Undergraduate Research Awards, and if yes, what percent of their funding?
> 5. Are the Pfizer Settlement Funds a source of funding for Undergraduate Research Awards, and if yes, what percent of their funding?
>
> Thank you.

R. William Beard, Jr.

**sgb | SLAYDEN GRUBERT BEARD** PLLC

401 Congress Avenue, Suite 1650
Austin, Texas 78701
[O] 512.402.3556
[M] 512.659.8718
www.sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

---

**From:** Thomas Lee <thomasrexlee@gmail.com>
**Sent:** Tuesday, February 27, 2024 2:44 PM
**To:** William Beard <wbeard@sgbfirm.com>
**Cc:** Stephen M. Craig (stephen_craig@byu.edu) <stephen_craig@byu.edu>; David Andersen <david_andersen@byu.edu>; Robert S. Clark <rclark@parrbrown.com>; Chad Pehrson (cpehrson@kba.law) <cpehrson@kba.law>
**Subject:** Re: Robertson Trust v. BYU; follow-up re Dr. Savage

Mr. Beard:

I would like to proceed with final selection of the arbitration panel as soon as possible. Please let me know whether you have any remaining questions or concerns about Dr. Savage.

Thanks,

TRL

Thomas R. Lee
Schaerr Jaffe LLP
801-592-3231

On Tue, Feb 27, 2024 at 1:18 PM Robert S. Clark <rclark@parrbrown.com> wrote:

> We have made an inquiry to determine whether there is any reason for Dr. Howell to withdraw the name of Dr. Savage based on a relationship with the Simmons Center for Cancer Research.
> Dr. Savage responded that, while he is listed on the Simmons Center site, for many years he has had little or no interactions with the center.  Years ago, one of his students applied for a fellowship from the center.  We have learned independently that, in the spring/ summer of 2014 a student of Dr. Savage's named Beauchamp received a fellowship from the Center in the amount of $6,538.42.  To the best of his recollection, no one else in Dr. Savage's research group has applied for or received funding from the center.  In summary, he has no direct financial ties to the Center or to Dan Simmons.   As with nearly all faculty members doing research, undergraduates in Dr. Savage's research group receive funding from the college (wages through Undergraduate Research Awards). Dr. Savage does not know the sources of funding for the URA's (awarded to undergraduates throughout the college).
> BYU also provides the following information relating to the Simmons Center for Cancer Research: the process for faculty to be registered as a Simmons Center affiliate involves a simple application where a faculty member applies, states how some of his research may relate to cancer, and requests

eligibility for his students to receive Simmons Center Fellowships. The faculty's request is evaluated by the Center's board and usually granted. No Simmons Center money goes directly to faculty, and none has gone to Dr. Savage. Rather, once the faculty member is an affiliate of the Center, the faculty member's students may apply for Simmons Center Fellowships, to fund a period of student research. To the recollection of Dr. Steven Castle, the director of the Simmons Center, Dr. Savage applied to be eligible several years ago, when one of his research collaborators was looking at the application of Dr. Savage's technology to cancer. Dr. Castle confirms that none of Dr. Savage's students have received any Simmons Center money after 2014.

Based on the foregoing, a detailed listing of the sources of funding for the Simmons Center is irrelevant. BYU believes the information provided above fully resolves the inquiry, and there is no basis for Dr. Howell to withdraw the name of Dr. Savage. We suggest that Dr. Savage and Professor Plamondon proceed now to select a third member of the panel.

**Robert S. Clark** | Attorney | **Parr Brown Gee & Loveless** | A Professional Corporation

101 South 200 East, Suite 700 | Salt Lake City, Utah  84111

D: 801.257.7910 | T: 801.532.7840 | F: 801.532.7750 | rclark@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above. The sender did not intend to waive any privilege by sending this message. If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message. Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.