Robert S. Clark (4015)
**Parr Brown Gee & Loveless, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
rclark@parrbrown.com

Chad Pehrson (12622)
**KNH LLP**
50 West Broadway Ste 900
Salt Lake City Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law

Stephen M. Craig (12066)
(stephen_craig@byu.edu)
David M. Andersen (16352)
(david_andersen@byu.edu)
**Brigham Young University**
A360 ASB
Provo, Utah 84602
Telephone: 801-422-4722

*Attorneys for Defendant Brigham Young University*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BEUS GILBERT PLLC,**<br>**Plaintiff,**<br><br>v.<br><br>**BRIGHAM YOUNG UNIVERSITY,**<br>**WEILIN XIE, DANIEL L. SIMMONS,**<br>**AND DONALD L. ROBERTSON TRUST,**<br><br>**Defendants.** | **NOTICE OF ERRATA REGARDING**<br>**ECF NO. 375 and ECF NO. 376**<br><br>**Case No. 2:12-cv-00970-TS-CMR**<br><br>**District Judge Ted Stewart** |

Undersigned Counsel submits this Errata to bring to the Court's and opposing counsel's attention certain citation errors in ECF Nos. 375 and 376. Undersigned Counsel takes full responsibility for these unfortunate errors which were the result of counsel's insufficient cite checking procedures, independent of the use of computer-assisted technology. Undersigned Counsel apologizes to the Court and opposing counsel for inconvenience or confusion. Undersigned Counsel has carefully reviewed the filings for material accuracy, and submits these corrections:

| Location | Original | Corrected (in bold) |
|---|---|---|
| 375, p.2, 1st full ¶<br>376, p.8, line 2 | Utah Code Ann. § 78B-11-123. | Utah Code Ann. § 78B-11-12**4**. |

| Location | Original | Corrected (in bold) |
|---|---|---|
| 375, p.5, 1st ¶ | Justice White's controlling concurrence clarified that the standard requires a "reasonable impression of partiality," not mere appearance of bias. *Id.* at 150. | **Citing** Justice White's controlling concurrence**, the Ninth Circuit** clarified that the standard requires a "reasonable impression of partiality," not mere appearance of bias. ***Schmitz v. Zilveti*, 20 F.3d 1043 (9th Cir. 1994) (citing *Commonwealth Coatings*, 393 U.S.** at 150, **White., J., concurring)**. |
| 375, p.6, 2nd ¶ | Parties may agree arbitrators "will not be neutral." Utah Code Ann. §78B-11-112(4). | Parties may agree arbitrators will not be neutral. Utah Code Ann. §78B-11-112(**2**). |
| 375, p.9, 1st full ¶ | Judicial review "does not sanction a broad re-examination of an arbitrator's findings." *Ormsbee*, 668 F.2d at 1146. | Judicial review does not sanction a broad re-examination of an arbitrator's findings. *Ormsbee*, 668 F.2d at 1146. |
| 375, p.10, 1st ¶ in § V. | *Denver & Rio Grande*, 119 F.3d at 850; *Scandinavian Reins. Co. v. Emp'rs Reins. Corp.*, 472 F. App'x 806 (10th Cir. 2012). | **[deletion]** *Scandinavian Reins. Co. v.* ***St. Paul Fire & Marine Ins. Co.*, 668 F.3d 60 (2d** Cir. 2012). |
| 375 p.11, last ¶ 376 p.10, last ¶ | *Stolt-Nielsen S.A. v. AnimalFeeds Int'l Corp.*, 559 U.S. 662, 683 (2010) ("Courts have no authority to redesign the agreement struck between the contracting parties."). | *Stolt-Nielsen S.A. v. AnimalFeeds Int'l Corp.*, 559 U.S. 662, 68**2** (2010) **("[P]rivate agreements to arbitrate are enforced according to their terms," and "courts . . . must give effect to the contractual rights and expectations of the parties.") (citations and internal quotation marks omitted)**. |
| 375, p.7, last ¶ | This collateral attack is barred by law of the case doctrine and principles of finality. *See Riley Mfg. Co. v. Anchor Glass Container Corp.*, 157 F.3d 775, 779–80 (10th Cir. 1998). | Citation removed. |
| 376, p.2, 1st full ¶ | *United Paperworkers Int'l Union v. Misco, Inc.*, 484 U.S. 29, 38 (1987) (a court "may not overturn an arbitration award simply because it disagrees with the arbitrator's reasoning or result"). | *United Paperworkers Int'l Union v. Misco, Inc.*, 484 U.S. 29, 38 (1987) (a court may not overturn an arbitration award **"**simply because it disagrees**"** with the arbitrator's reasoning or result). |
| 376, p.7, last ¶ | "exceedingly rare" case | **"very unusual circumstances"** |
| 376, p.8, 1st full ¶ | Those judgments are "virtually unreviewable." *Misco*, 484 U.S. at 36; *Major League Baseball Players Ass'n v. Garvey*, 532 U.S. 504, 509 (2001) (per curiam). | Those judgments are virtually unreviewable. *Major League Baseball Players Ass'n v. Garvey*, 532 U.S. 504, 509 (2001) (per curiam) **(citing** *Misco*, **484 U.S. at 37–41)**. |

DATED this 22nd day of May 2026.

Respectfully submitted,
**KNH LLP**
/s Chad Pehrson
Chad Pehrson