Chad Pehrson (12622)
**KNH LLP**
50 West Broadway Ste 900
Salt Lake City Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law

---

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BEUS GILBERT PLLC,**<br>**Plaintiff,**<br><br>v.<br><br>**BRIGHAM YOUNG UNIVERSITY,**<br>**WEILIN XIE, DANIEL L. SIMMONS,**<br>**AND DONALD L. ROBERTSON TRUST,**<br><br>**Defendants.** | **NOTICE OF WITHDRAWAL OF**<br>**COUNSEL UNDER DUCivR 83-1.4(b)(1)**<br><br><br>**Case No. 2:12-cv-00970-TS-CMR**<br><br>**District Judge Ted Stewart** |

Pursuant to DUCivR 83-1.4(b)(1), Attorney Chad Pehrson hereby gives notice of his withdrawal as counsel of record for Defendant BYU. In support of this Notice, undersigned counsel states as follows: 1. BYU continues to be represented in this action by counsel of record, each of whom has appeared on BYU's behalf under DUCivR 83-1.3.  2. The continuing attorneys of record are aware of and will comply with all pending deadlines, hearings, and trial dates.  3. Because BYU continues to be represented by counsel of record, leave of court is not required for this withdrawal under DUCivR 83-1.4(b)(1).  Undersigned counsel respectfully requests that the Clerk of Court terminate his appearance in this matter.

DATED this 29th day of May 2026.       Respectfully submitted,

**KNH LLP**

/s Chad Pehrson
Chad Pehrson